**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
<u>**SOUTHERN DIVISION**</u>

In re:                                                    In Bankruptcy

***DEBORAH LINLEY***                    ***Case No.: 09-68487-SWR***
                                                          ***Chapter 7***
                                                          ***Honorable S.W. RHODES***


_____Debtor (s)_____/


**NOTICE OF UNDER $5.00 DIVIDEND**

**TO THE CLERK OF THE COURT:**

        The attached check in the amount of $ .28 represents the total sum of under $5.00 dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a).  The name(s) and address(es) of the Party(ies) associated with these dividends is (are) as follows:

| CREDITOR NAME | CLAIM NO. | AMOUNT OF DIVIDEND |
|---|---|---|
| GEORGIA DEPARTMENT OF REVENUE<br>Bankruptcy Section<br>PO Box 161108<br>Atlanta, GA 30321 | 7A | $ .28 |



Dated: June 2, 2010

                                                          <u>*/s/ BASIL T. SIMON (P26340)*</u>
                                                          Chapter 7 Trustee
                                                          422 W. Congress, Suite 400
                                                          Detroit, MI 48226
                                                          313/962-6400
                                                          bsimon@sszpc.com